# AFFIDAVIT OF PROCESS SERVER

## UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO, EASTERN DIVISION

| COURT | |
|---|---|
| ELEANOR H. THACKER vs. JAVITCH, BLOCK & RATHBONE, LLP., ET AL | 1:09 CV 1199 |
| CASE CAPTION | CASE NUMBER |

I, **Jaye Drummond**, having been first duly sworn, do hereby depose and affirm as follows:

1. That I am over 18 years of age and not a party to this action;
2. that, within the boundaries of the state where service was effected, I was authorized by law to perform such service.

I served **CRAIG THACKER**
NAME OF PERSON/ENTITY BEING SERVED

With (list documents) **ORDER ON MOTION TO STAY, NOTICE OF SUGGESTION OF DEATH & LTR TO CRAIG THACKER**

by leaving with **Craig Thacker** / **individual being served** at
NAME / RELATIONSHIP/TITLE

☒ RESIDENCE ▓▓▓▓ **Nevada Rd.**, **Springfield, OH 45503**
ADDRESS / CITY/STATE

☐ BUSINESS _____
ADDRESS / CITY/STATE

On **20 March 2010** at **10:05 a.m.**
DATE / TIME

DESCRIPTION: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

## MANNER OF SERVICE:

☒ Personal (by personally delivering copies to the individual being served);

☐ Subsitute at Business (By leaving during office hours, copies at the office of the person/entity being served with a representative of that office);

☐ Substitute at Residence (By leaving copies at the dwelling house/residence of the person being served with a member of the household over the age of 18);

☐ Posting (By posting copies in a conspicuous manner to the front door of the person/entity being served);

## NON SERVICE:

After due search, careful inquiry, and diligent attemps at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reasons:

☐ Individual not at this Address
☐ Individual appeared to be home but avoiding service
☐ Service cancelled by Requesting Attorney
☐ Address does not exist
☐ Other _____

PROCESS SERVER

NOTARY CLAUSE
SUBSCRIBED AND SWORN TO BEFORE ME THIS **22** DAY OF **March**, **2010**.

MELYSSA D. DALTON
Notary Public, State of Ohio
My Commission Expires Oct. 23, 2011
Recorded in Clark County

SIGNATURE OF NOTARY PUBLIC